**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**BILL HARRIS LEONARD,**

        **Plaintiff(s),**      **CASE NUMBER: 03-71430
HONORABLE VICTORIA A. ROBERTS**

**v.**

**MILICENT WARRENT,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On December 7, 2005, Magistrate Judge Paul J. Komives submitted a Report and Recommendation **[Doc. 43]** recommending that the Court deny Petitioner's Motion for Certificate of Appealability **[Doc. 38]**. Because the Court has not received objections within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, DENIES Petitioner's Motion for Certificate of Appealability.

    **IT IS SO ORDERED.**

                      S/Victoria A. Roberts
                      Victoria A. Roberts
                      United States District Judge

Dated: December 23, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record & plaintiff by electronic means or U.S. Mail on December 23, 2005.

s/Carol A. Pinegar
Deputy Clerk